UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 23 - 01577 |
| Nicole Johnson, ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Carol A. Doyle |

## PROOF OF SERVICE OF AMENDED CHAPTER 13 PLAN

To: SEE CERTIFICATE OF SERVICE AND ATTACHED SERVICE LIST

You are hereby notified that on <u>April 3, 2023</u>, I filed with the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, the following Debtors' **Chapter 13 Plan,** a true and correct copy of which are served upon you.

Respectfully Submitted,

<u>*/s/ Vaughn A. White*</u>
Vaughn A. White

Vaughn A. White
White Law Offices, PC
Attorney for Debtor(s)
954 W. Washington Blvd., Suite 625
Chicago, IL  60607
312-888-0131
ARDC # 6198291

CERTIFICATE OF SERVICE

I, Vaughn A. White, an attorney, on oath state that I served a copy of this notice and the document(s) referenced in the manner so indicated on <u>April 3, 2023</u>.

<u>*/s/ Vaughn A. White*</u>

```
Label Matrix for local noticing        U.S. Bankruptcy Court                   Capital One
0752-1                                  Eastern Division                       Attn: Bankruptcy
Case 23-01577                           219 S Dearborn                         Po Box 30285
Northern District of Illinois           7th Floor                              Salt Lake City, UT 84130-0285
Eastern Division                        Chicago, IL 60604-1702
Mon Apr  3 15:23:42 CDT 2023

Capital One N.A.                        (p)JPMORGAN CHASE BANK  N A            Citibank
by American InfoSource as agent         BANKRUPTCY MAIL INTAKE TEAM            Attn: Bankruptcy
4515 N Santa Fe Ave                     700 KANSAS LANE FLOOR 01               P.O. Box 790034
Oklahoma City, OK 73118-7901            MONROE LA 71203-4774                   St Louis, MO 63179-0034


(p)CHICAGO DEPARTMENT OF LAW            Discover Bank/Discover Products Inc    Discover Financial
ATTN BANKRUPTCY UNIT                    PO Box 3025                            Attn: Bankruptcy
121 N LASALLE ST SUITE 400              New Albany, OH 43054-3025              Po Box 3025
CHICAGO IL 60602-1264                                                          New Albany, OH 43054-3025


LVNV Funding, LLC                       MERRICK BANK                           Merrick Bank Corp
Resurgent Capital Services              Resurgent Capital Services             Po Box 9201
PO Box 10587                            PO Box 10368                           Old Bethpage, NY 11804-9001
Greenville, SC 29603-0587               Greenville, SC 29603-0368


Nicole Johnson                          Patrick S Layng                        Thomas H. Hooper
750 N. Dearborn St.                     Office of the U.S. Trustee, Region 11  Office of the Chapter 13 Trustee
Apt 302                                 219 S Dearborn St                      55 E. Monroe St.
Chicago, IL 60654-5390                  Room 873                               Suite 3850
                                        Chicago, IL 60604-2027                 Chicago, IL 60603-5764


Vaughn A White
White Law Offices, PC
954 W. Washington Blvd.
Suite 625
Chicago, IL 60607-2211
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Auto Finance                      City of Chicago                        (d)City of Chicago Department of Finance
Attn: Bankruptcy                        121 N. LaSalle St.                     Chicago Dept. of Law Bankruptcy
Po Box 901076                           Room 107                               121 N. LaSalle St., Suite 400
Fort Worth, TX 76101                    Chicago, IL 60602                      Chicago, IL 60602


(d)JPMorgan Chase Bank, N.A.            End of Label Matrix
National Bankruptcy Department          Mailable recipients    15
P.O. Box 29505 AZ1-5757                 Bypassed recipients     0
Phoenix AZ 85038-9505                   Total                  15
```