UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-01577 |
| Nicole Johnson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 21, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 09, 2023

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-01577-CAD

Nicole Johnson  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 2
Date Rcvd: May 10, 2023 Form ID: pdf003 Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Johnson, 750 N. Dearborn St., Apt 302, Chicago, IL 60654-5390 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30099245 | | Email/Text: BNCNotice-Forward@cityofchicago.org | May 10 2023 22:19:00 | City of Chicago, 121 N. LaSalle St., Room 107, Chicago, IL 60602 |
| 30101435 | | Email/Text: BNCNotice-Forward@cityofchicago.org | May 10 2023 22:19:00 | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 30099242 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 10 2023 22:49:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30160457 | + | Email/PDF: ebn_ais@aisinfo.com | May 10 2023 22:32:33 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30099244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2023 22:50:46 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 30127551 | | Email/Text: mrdiscen@discover.com | May 10 2023 22:19:00 | Discover Bank/Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 30099246 | + | Email/Text: mrdiscen@discover.com | May 10 2023 22:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 30163781 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2023 22:33:42 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 30099243 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2023 22:49:46 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 30111497 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2023 22:32:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30148604 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 10 2023 22:34:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 30099247 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 10 2023 22:32:30 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 30199422 | + | Email/Text: bankruptcy@huntington.com | May 10 2023 22:20:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 10, 2023 | Form ID: pdf003 | Total Noticed: 14 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |
| Vaughn A White | on behalf of Debtor 1 Nicole Johnson vaughn@vaughnwhite.com vaughn@vaughnwhite.com;white.vaughnr102423@notify.bestcase.com |

TOTAL: 3